UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FLORIAN VESHI,

                Petitioner,         16-cv-4980 (JGK)
                                     10-cr-464 (JGK)

    - against -

                                     ORDER

UNITED STATES OF AMERICA,

                Respondent.

---

**JOHN G. KOELTL, District Judge:**

In his December 2, 2019 letter to the Court (Docket No. 18), counsel for the petitioner advises that there is no basis to grant the petitioner's petition pursuant to 28 U.S.C. § 2255. Therefore, the petition is **dismissed without prejudice.**

The Clerk is directed to close this case.

**SO ORDERED.**

Dated:    **New York, New York**
            **December 3, 2019**

                                            John G. Koeltl
                                       **United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-4-19